# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In the Matter of:

KEITH A. RENNER, Jr.
SCARLETT A. RENNER

CHAPTER 13
CASE NO. 15-48499
JUDGE WALTER SHAPERO

Debtor(s),
_____/

KEITH A. RENNER, Jr.
SCARLETT A. RENNER

ADV. PROC. CASE NO. 15-04630 - wsd

Plaintiff(s),

v.

ADMIRALS BANK

Defendant(s).
_____/

## CERTIFICATE OF SERVICE

On June 26, 2015, Kim Justice served a copy of the **Summons, Complaint to Avoid Unsecured Mortgage on Debtors' Residence, and this Certificate of Service** in the above-captioned case upon Admirals Bank by serving said documents via Certified United States mail on June 26, 2015, postage prepaid, properly addressed as follows:

Admirals Bank
Attn: Nicholas W. Lazares – CEO/Chairman of the Board
200 Clarendon Street
22nd Floor
Boston, MA 02116

(Certified mail)

Page 1 of 2

Tammy L. Terry
Chapter 13 Trustee
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226
(ECF)


Dated: June 26, 2015

                                        BABUT LAW OFFICES, P.L.L.C.

                                        /s/ Kim Justice
                                        KIM JUSTICE
                                        700 Towner
                                        Ypsilanti, MI 48198
                                        (734) 485.7000
                                        kim@babutlaw.com